UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MICHAEL SIMONEAUX | CIVIL ACTION |
| VERSUS | NO. 23-4263 |
| TAYLOR-SEIDENBACH, INC., ET AL. | SECTION "O" |

## ORDER

**IT IS ORDERED** that the unopposed motions[1] to dismiss with prejudice is **GRANTED**. All claims of Plaintiff Michael Simoneaux against Defendant Union Carbide Corporation are **DISMISSED WITH PREJUDICE**. Plaintiff specifically reserves any and all rights, claims, and causes of action against all other person and parties. Each party will bear its own costs.

**IT IS FURTHER ORDERED** that Union Carbide Corporation's motion[2] for summary judgment is **DISMISSED AS MOOT**.

New Orleans, Louisiana, this 30th day of July, 2025.

BRANDON S. LONG
UNITED STATES DISTRICT JUDGE

---

[1] ECF No. 465.
[2] ECF No. 394.